JS - 6
**FILED: 1/08/2013**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *National Tax Service, Inc.*, | CASE NO. CV 12-5396-GHK (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Coast 2 Coast Tax Relief, Inc.*, | |
| Defendant. | |

     Pursuant to the Court's January 8, 2013 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that default judgment shall be entered in favor of Plaintiff National Tax Service, Inc. ("Plaintiff") against Defendant Coast 2 Coast Tax Relief, Inc. ("Defendant") in the following amount: $50,000 in statutory damages for Plaintiff's cybersquatting claim.

     Pursuant to the Court's January 8, 2013 Order, Defendant is permanently enjoined as follows: Defendant, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, who receive actual notice by personal service or otherwise, are permanently enjoined from: (1) using in commerce the trademark or trade name COAST 2 COAST or any confusingly similar variant thereof; (2) infringing plaintiff's trademarks; and (3) conspiring, encouraging, inducing, allowing, abetting, or assisting others in infringing plaintiff's trademarks.

1  Also pursuant to the Court's January 8, 2013 Order, Defendant's
2  Coast2CoastTax.com domain name registration shall be transferred to plaintiff under 15
3  U.S.C. § 1125(d)(1)(C).[1]
4  **IT IS SO ORDERED**.
5  DATED: January 8, 2013

_____
GEORGE H. KING
Chief United States District Judge

---

[1] 15 U.S.C. § 1125(d)(1)(C) provides as follows: "In any civil action involving the registration, trafficking, or use of a domain name under [§ 1125(d)], a court may order . . . the transfer of the domain name to the owner of the mark."